GRIGGS ET AL., RESPONDENTS, *v.* KALISPELL MER-
CANTILE COMPANY, APPELLANT.

[Submitted May 15, 1895.   Decided June 3, 1895.]

*(See syllabus in Newell* v. *Whitwell, ante,* page 243)

*Appeal from Tenth Judicial District, Flathead County.*

DEFENDANT's motion to dissolve the attachment was denied
by DuBose, J.    Affirmed.

*H. G. McIntire* and *P. J. McLaughlin,* for Appellant.

*C. H. Foot* and *Stevell & Porter,* for Respondents.

HUNT, J.—Suit for money due on promissory note and
open account.    Attachment issued.    Motions to dissolve were
filed by defendants, raising substantially the same legal ques-
tions discussed and decided in *Newell* v. *Kalispell Mercantile
Co., ante,* page 243.    No question of fact arose, however,
herein, upon the argument or at all, as appears in the Newell
case, wherein the court required plaintiffs to elect to reduce
the amount claimed in their affidavit, or submit to a dissolu-
tion of their attachment.    The district court overruled the
motion to dissolve on the legal question presented, evidently
construing the law of amendments as we do.

As the principal points presented in this case are passed upon
in the opinion of the Newell case, *supra,* upon the authority of
that decision the order of the district court refusing to dis-
solve the attachment is affirmed.

*Affirmed.*

PEMBERTON, C. J., and DE WITT, J., concur.